**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosendo Valentino Mungia,  )<br>            )<br>                Petitioner,  )<br>            )<br>vs.  )<br>            )<br>Ontiveros, et al.,  )<br>            )<br>                Respondents.  )<br>_____) | No. CV 06-2016-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondents' answer (doc. 9), and the report and recommendation of the United States Magistrate Judge recommending that the petition be denied (doc. 10). Petitioner has failed to file objections to the report and recommendation, and the time for filing them has expired. Therefore, we adopt the Magistrate Judge's recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (interpreting 28 U.S.C. § 636 (b)(1)(C)).

DATED this 24th day of August, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge